IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARINA SHAP,

        Plaintiff,

    v.

CAPITAL ONE FINANCIAL
CORPORATION AND CAPITAL ONE
BANK (USA),

        Defendants.

Civil Action No. _____

## NOTICE OF REMOVAL

Defendants Capital One Financial Corporation and Capital One Bank (USA), N.A., improperly identified in the caption as Capital One Bank (USA), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove the action currently pending in the Court of Common Pleas of Bucks County, Pennsylvania at No. 2011-04827 to this Court.  In support of this notice of removal, Defendants state as follows:

1.     This action is being removed to federal court based on the presence of federal question jurisdiction.

2.     On or about May 31, 2011, Plaintiff filed a complaint in the Court of Common Pleas of Bucks County at No. 2011-04827.  Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit 1 is a copy of all process and pleadings filed in the state court action.

3.     Defendants were served with the complaint via certified mail on June 13, 2011.

4.     This Notice of Removal is filed with this Court within thirty (30) days of service of the complaint as required by 28 U.S.C. § 1446(b).

5.     This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because Plaintiff's claim against Defendants for violation of the Fair Credit Reporting Act, 15 U.S.C. 1681 *et seq.*, arises under the laws of the United States. *See* Complaint at ¶¶ 1, 7-27.

6.     Venue lies in this Court because Plaintiff's action is pending in Bucks County which is within this District and this Division.

7.     Contemporaneous with the removal of this action, Defendants have given written notice of this Notice of Removal to the Prothonotary of the Court of Common Pleas of Bucks County and Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).   A copy of the Notice of the Notice of Removal is attached hereto as Exhibit 2.

WHEREFORE, Defendants respectfully notice the removal of this action from the Court of Common Pleas of Bucks County, Pennsylvania to this Court.

Dated: July 12, 2011                                  Respectfully submitted,


                                                     Kevin S. Batik
                                                     Pa. Id. No. 89209
                                                     McGuireWoods LLP
                                                     625 Liberty Avenue, 23rd Floor
                                                     Pittsburgh, PA  15222
                                                     (412) 667-6000

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Removal has been served upon the following counsel of record via U.S. First Class mail, postage prepaid, this 12th day of July 2011:

Vicki Piontek, Esq.
951 Allentown Road
Lansdale, PA 19446

_____

# Exhibit 1



## IN THE COURT OF COMMON PLEAS
## OF BUCKS COUNTY, PENNSYLVANIA
### CIVIL ACTION-LAW

| | | |
|---|---|---|
| Marina Shap | : | |
| 741 Chesham Turn | : | |
| Southampton, PA  18966 | : | |
| Plaintiff | : | |
| Vs. | : | 2011-04827 |
| Capital One Financial Corporation | : | |
| 1680 Capital One Dr. | : | |
| McLean, VA  22102 | : | |
| and | : | |
| Capital One Bank (USA) | : | |
| 6124 188th St | : | |
| Fresh Meadows, NY  11365-2713 | : | Jury Trial Demanded |
| Defendants | : | |

### NOTICE TO DEFEND

You have been sued in Court. If you wish to defend against the claims set forth in

the following pages, you must take action within twenty (20) days after this Complaint

and Notice are served by entering a written appearance personally or by attorney and

filing in writing with the Court your defenses or objections to the claims set forth against

you. You are warned that if you fail to do so the case may proceed without you and a

judgment may be entered against you by the Court without further notice to you for any

money claimed in the Complaint or for any other claim or relief requested by Plaintiff(s).

You may lose money or property or other rights important to you.

See Next Page ----------------------------------→→→→→→





Case Number: 2011-04827
Receipt:     Z466269                          Judge:31
Code: 46                              Filing: 9488667
Patricia Bachtle - Bucks Co Prothonotary
B09              5/31/2011 10:54:42 AM

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU

DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR

TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU

CAN GET LEGAL HELP:

Legal Aid of Southeastern Pennsylvania for Bucks County
1290 Veterans Highway, Box 809, Bristol, PA 19007
215-781-1111

Bucks County Legal Aid Society
100 Union St, Doylestown, PA 18901
(215) 340-1818

Bucks County Bar Association
135 East State Street, PO Box 300, Doylestown, PA 18901
215-348-9413

IN THE COURT OF COMMON PLEAS
OF BUCKS COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Marina Shap                                    :
741 Chesham Turn                               :
Southampton, PA  18966                         :
                    Plaintiff         :
Vs.                                            :
Capital One Financial Corporation              :          2011-04827
1680 Capital One Dr.                           :
McLean, VA  22102                              :
and                                            :
Capital One Bank (USA)                         :
6124 188th St                                  :
Fresh Meadows, NY  11365-2713                  :          Jury Trial Demanded
               Defendants         :

## COMPLAINT

1.     This is an action brought by a consumer for violation of alleged violations of

the Fair Credit Reporting Act (FCRA), 15 USC 1681 et. Seq..


2.     Plaintiff is Marina Shap, an adult individual whose principle residence is  741

Chesham Turn, Southampton, PA  18966, located in Bucks County,

Pennsylvania.

3.      Defendants are the following.

    a.   Capital One Financial Corporation, 1680 Capital One Dr., McLean, VA

       22102.

    b.   Capital One Bank (USA), 6124 188th Street, Fresh Meadows, NY  11365.

    c.   Department Stores National Bank, a business entity with a principal place

       of business located at 701 East 60th Street, Sioux Falls, SD 57104.

    d.   John Does 1-10, individuals or business entities whose identities are not

       known to Plaintiff at this time, but which will become known upon proper

       discovery.  It is believed and averred that such Does played a substantial

       role in the commission of the acts described in this complaint.

    e.   X,Y,Z Corporations, business identities whose identities are not known to

       Plaintiff at this time, but which will become known upon proper

       discovery.  It is believed and averred that such entities played a substantial

       role in the commission of the acts described in this complaint.

## JURISDICTION AND VENUE

4.      The previous paragraphs of this complaint are incorporated by reference and

made a part hereof.


5.      Venue is proper in this jurisdiction because Defendant(s) do(es) business in

this jurisdiction and avails itself of the benefits of the market in this

jurisdiction.


6.      Venue is proper in this jurisdiction because a substantial portion of the

transaction(s), occurrence(s) or omission(s) took place within this jurisdiction.

**COUNT ONE:  VIOLATION OF THE FAIR CREDIT REPORTING ACT,
15 USC 1681 s-2 et seq.; Specifically 15 USC 1681 s-2 (b) et. seq.
Failure to Mark Account as Disputed**

7.      The previous paragraphs of this complaint are incorporated by reference and
made a part hereof.

8.      Plaintiff is a "consumer," as codified at 15 U.S.C. § 1681a(c).

9.      Defendant is  an entity who, regularly and in the course of business, furnishes
information to one or more credit reporting agencies about Defendants(s)
transactions or experiences with any consumer and Defendant is a "furnisher,"
as codified at 15 U.S.C. § 1681s-2.

10.     Plaintiff disputed the alleged account(s) in writing with Defendant(s).  See
Attached exhibits.

11.     Defendant(s) received Plaintiff's disputes concerning the alleged account(s).
See attached exhibits.

12.     Plaintiff then disputed the alleged account(s) in writing with relevant credit
bureaus.  See attached exhibits.

13.     One or more of the relevant credit bureaus then conducted and investigation where Defendant was contracted.  See attached exhibits.

14.     Defendant verified the alleged account(s) with one or more of the bureaus. See attached exhibits.

15.     At the time that Defendant verified the alleged account(s) with one or more of the relevant credit bureaus, Defendant failed to state that the account(s) had been previously disputed by Plaintiff.  See attached exhibits.

16.     The Pursuant to 15 USC 1861 s-2, Defendant(s) had a duty to notify the relevant credit reporting bureaus of Plaintiff's dispute of the account(s).

17.     Upon information and belief, it is believed and averred that Defendant(s) failed to fulfill such duty to the relevant credit reporting bureaus in a manner prescribed by 15 USC 1681 s-2.  See attached exhibits.

18.     Upon information and belief, it is averred that Defendant has a standard practice policy which contradicts it's duties pursuant to 15 USC 1861 s-2.

## COUNT ONE:  VIOLATION OF THE FAIR CREDIT REPORTING ACT,
### 15 USC 1681 s-2 et seq.; Specifically 15 USC 1681 s-2 (b) et. seq.
### Failure to Mark Account as Disputed

19.     All previous paragraphs of this complaint are incorporated by reference and

made a part of this complaint.

20.     At various times in writing, Plaintiff contacted Defendant about and alleged

consumer debt that appeared on Plaintiff's credit report, and requested a copy

of the contract or other writing evidencing the amount of the financial

obligation that appeared on Plaintiff's credit report.

21.     At various times in writing, Plaintiff requested that Defendant conduct an

investigation about the alleged consumer debt that appeared on Plaintiff's

credit report.

22.     15 USC 1681 s-2 requires a furnisher to conduct a reasonable investigation of

an account which appears on a consumer's credit report, upon written request

of the consumer to do so.

23.    The United States Court of Appeals for the Fourth Circuit held that the FCRA

requires furnisher to conduct detailed examinations of the documents

underlying customer transactions before responding to inquiries about a

customer's debt, instead of relying on computer databases that provide

convenient but potentially incomplete or inaccurate customer account

information.  See *Johnson v. MBNA America Bank*, No. 03-1235 (February

11, 2004).

24.    Defendant(s) failed and willfully refused to conduct a proper investigation of

Plaintiff's account in violation of Defendant's duties pursuant of 15 USC

1681 s-2 et. seq.

25.    After Defendant(s) failed and willfully refused to conduct a proper

investigation of Plaintiff's account, Defendant(s), Plaintiff was left with no

other recourse than to dispute the account with the relevant credit reporting

agencie(s) (CRAs).

26.    After Plaintiff disputed the account with the relevant credit reporting

agencies(s), Defendant then verified the alleged account with the relevant

credit reporting agencies, Defendant(s) despite having willfully refused to

conduct an investigation of Plaintiff's account in violation of Defendant's

duties pursuant of 15 USC 1681 s-2 et. seq.

27.    Upon information and belief, it is averred that Defendant(s) has standard

practices, procedures and policies antithetical to it's duties pursuant to 15

USC 1861 s-2.

## Private Cause of Action

28.     The previous paragraphs of this Complaint are incorporated by reference and
        made a part of this Complaint.

29.     Plaintiff bring this action under 15 USC 1681 s-2(b), as distinguished from 15
        USC 1681s-2(a).

30.     There is no private cause of action under 15 USC 1681s-2(a).  Only the
        government can bring a cause of action under 15 USC 11681 s-2(a).  For
        example, the Attorney General could bring a claim on behalf of consumers
        under 15 USC 1681s-2(a).

31.     But there is a private cause of action under 15 USC 1681s-2(b). See the

        following case law which distinguishes between the government right of

        action under 15 USC 1681s-2(a), and the private cause of action under 15

        USC 1681s-2(b).

Beisel v. ABN Ambro Mortgage, Inc., No. 07-2219, 2007 WL2332494, *1 (E.D.
Pa. Aug. 10, 2007).
The Court granted furnisher's motion to dismiss and noted that it is well
established that to prevail on a FCRA claim Plaintiff "must prove [he] notified a
credit reporting agency of the dispute, the credit reporting agency then notified
the furnisher of information, and the furnisher of information failed to investigate
or rectify the disputed charge.").

Marshall v. Swift River Academy, LLC, 2009 WL 1112768 (9th Cir. 2009).
The Court ruled that a consumer had no private right of action under FCRA
against furnisher for its failure to provide accurate information to consumer
reporting agencies.

Catanzaro v. Experian Information Solutions, Inc., 671 F. Supp.2d 256, 260 (D.
Mass. 2009). The Court ruled that notification by consumer reporting agency to
information furnisher was prerequisite for furnisher liability under FCRA.

Kaetz v. Chase Manhattan Bank, 2007 WL 1343700, *3 (M.D. Pa. 2006). The
Court dismissed the complaint, but only because Plaintiff failed to allege that he
disputed the accuracy of his debts to a credit agency, or that the credit agency
thereafter reported dispute to defendant.

32.     Because Plaintiff first disputed the account with Defendant, and then disputed

        the account with the credit reporting agency afterwards, and then Defendant

        verified the derogatory information to the Credit Reporting Agency, Plaintiff

        does have a private cause of action against Defendant under these particular

        circumstances.

## LIABILITY

33.   The previous paragraphs of this complaint are incorporated by reference and made a part hereof .

34.   At all times various employees and / or agents of Defendant were acting as agents of Defendant, and therefore Defendant is liable to for the acts committed by its agents and / or employees under the doctrine of respondeat superior.

35.   At all times various employees and / or agents of Defendant were acting as agents of Defendant, and therefore Defendant is liable to Plaintiff for the acts committed by its agents and / or employees under the theory of joint and several liability because Defendant and its agents were engaged in a common business venture and were acting jointly and in concert.

## DAMAGES

36.     The preceding paragraphs are incorporated by reference and made a part

        hereof.

37.     Plaintiff's actual damages are $1.00 more or less, including but not limited to

        postage, phone calls, fax, gas, mileage, etc.

38.     $1,000.00 statutory damages under 15 USC 1681 et. seq.

39.     Plaintiff suffered some distress and anger as a result of his rights being

        violated by Plaintiff and the rights of other consumers.

40.     The value of Plaintiff's emotional distress shall be proven at trial.

41.     Plaintiff believes and avers that for purposes of a default judgment, his

        distress has a Dollar value of no less than $5,000.00.

42.     Plaintiff believes and avers that the acts committed by Defendant are willful,

        wanton intentional, or reckless at best.  Plaintiff believes and avers that

        Defendant's acts are systemic.  Therefore, punitive damages are warranted.

43.    Plaintiff believes and avers that punitive damages should be awarded to

Plaintiff in the amount of no less than $20,000.

44.    Plaintiff believes and avers that he is entitled to reasonable attorney fees of

$1,925 at a rate of $350.00 per hour, described below.

a.  Consultation with client and review of file.
Drafting of disputes.  Organizing documents.          2 hours

b.  Drafting of writ and related documents              .25

c.  Drafting , editing, review and filing of compliant
and amended complaint  related documents              1

d.  Service of Process                                             .25

e.  Follow up correspondence with Defense              2

_____

Total = 5.5                                          5.5 hours $1,925

45.    Plaintiff's attorney fees continue to accrue as the case moves forward.

**INJUNCTIVE RELIEF**

46.  Plaintiff requests an order from this honorable court directing Defendant to

report Plaintiff's account(s)(s) referred to in the attached exhibits as

"disputed," in accordance with 15 USC 1681 s-2, or not to report the

account(s) at all.

**OTHER RELIEF**

47.  Plaintiff requests such other relief as this court may deem just and proper.

**JURY TRIAL**

48.  Plaintiff requests and demands a jury trial in this matter.

Wherefore, Plaintiff demands judgment against Defendant(s) in the amount of

$27,926 enumerated as follows.

   $1.00 actual damages

   $1,000.00 statutory damages,

   $1,925 attorney fees

   $5,000 emotional distress

   $20,000 punitive damages

   _____

        $27,926

Plaintiff seeks declarative relief and in injunction requiring Defendant to comply with

15 USC 1681 s-2. Plaintiff seeks such other relief as this Court deems fair and just.

_____        5.27.2011
Vicki Piontek, Esquire          Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
Fax: 866-408-6735
palaw@justice.com

# EXHIBITS

Marina Shap
741 Chesham Turn
Southampton, PA  18966


Capital One Bank USA NA
P.O. Box 30281
Salt Lake City, UT  84130

**Re.  Marina Shap          SSN** ██████████
**Reference / Account Number** ██████████████████
**Alleged Balance $7,643**

## DISPUTE

Your company has place derogatory information on my credit report which I wish to dispute.  The alleged high balance is excessive and inflated and not warranted by any existing contract.

I never owed $7,643 to your company. I am requesting proof of the amount of the alleged high balance. I request a copy of the initial contract, payment history and a breakdown of the balance.

Please provide me with proof of the interest rate, late fees and finance charges. Is there a contract that proves your right to add such charges?  If so, please send it.

I DISPUTE THE INFORMATION YOU HAVE PUT N MY CREDIT REPORT.  YOU MUST UPDATE MY REPORT TO SHOW THAT THIS IS A DISPUTED ACCOUNT.


Sincerely,


*M. Shap*
Marina Shap                                    Date   04/05/11

**Capital**One

P.O. Box 30281
Salt Lake City, UT 84130-0281

1595

April 12, 2011

Marina Shap
741 Chesham Turn
Southampton, PA 18966

Re: xxxxxxxxxxxxx1793
Case #: 10001677613132

Dear Marina Shap,

Thanks for contacting us about your Capital One® account. Please know that we've forwarded your correspondence to the appropriate department to address this matter. You should receive a response from them shortly.

If you have questions, please call us at 1-800-955-7070. Our Customer Service Representatives are available 24 hours a day, 7 days a week.

Sincerely,

Capital One Services, LLC

001932 / QA· 1838/DOM

© 2011 Capital One. Capital One is a federally registered service mark. All rights reserved.

6453

MAY. 19. 2011  1:11PM     COMMUNITY HOME CARE                              NO. 0030   P. 2

***237617868-003***
PO Box 2000
Chester, PA 19022

05/06/2011    TransUnion.

P1JCK000200026-I000101-047517961

MARINA SHAP
741 CHESHAM TURN
SOUTHAMPTON, PA 18966

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| CAPITAL ONE BANK USA NA | # ●●●●●●●●●● *** | NEW INFORMATION BELOW |

00101 00026 001 C101

MAY. 19. 2011  1:11PM     COMMUNITY HOME CARE                    NO. 0030    P. 4



File Number:      237617868
Page:             1 of 1
Date Issued:      05/06/2011                    TransUnion.

**CAPITAL ONE BANK USA NA**  #***********
PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 955-7070

Loan Type: CREDIT CARD
Remarks: >BANKRUPTCY DISMISSED<
Estimated date that this item will be removed: 02/2017

Balance:        $7,602
Date Verified:  05/2011
High Balance:   $7,643
Credit Limit:   $7,500
Past Due:       )$7,602(

Pay Status:      >CHARGED OFF AS BAD DEBT<
Account Type:    REVOLVING ACCOUNT
Responsibility:  INDIVIDUAL ACCOUNT
Date Open:       09/2003
Date Closed:     04/2010

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

00103 00026 003 C101

MAY. 19. 2011  1:12PM   COMMUNITY HOME CARE                    NO. 0030   P. 6



PO Box 9701
Allen, TX 75013

0002725 01 M8 0.367 **AUTO  1 0 7167 18966-454841  -C01-P02728-1
MARINA SHAP
741 CHESHAM TURN
SOUTHAMPTON PA  18966-4548

0241036229

**Experian.**
A world of insight

Prepared for: MARINA SHAP
Date: May 10, 2011
Report number: 6167-9270-81

Page 1 of 2

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available,
- add a statement disputing the accuracy or completeness of the information, and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report.

**Remains** - This item was not changed as a result of our processing of your dispute.

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Investigated** - This item was either updated or deleted; review this report to learn its outcome.

### Results

We completed investigating any items you disputed with the sources of the information and processed any other requests you made. Here are the results:

### Credit items

| | Outcome |
|---|---|
| **CAP ONE** | Updated |
| 43057223578.... | |

Visit experian.com/status to check the status of your pending disputes at any time

### Additional Information

To view a full copy of your corrected credit report, visit experian.com/viewreport

☐ To receive a copy by mail, check this box and within 30 days return this original page to P.O. Box 9701, Allen, TX 75013. Copies will not be accepted.

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only $7.95. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report that contain medical information are disclosed to others.

7167-01-00-0002728-0001-0004/562



Experian
A world of insight

Prepared for: MARINA SHAP
Date: May 10, 2011
Report number: 0162-9270-8?

Page 2 of 2

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### ■ Credit items

**CAPITAL ONE**
PO BOX 30281
SALT LAKE CITY UT 84130
Phone number:
(800) 395-7070
File identification number:
0086202249
Address identification number:
0086202249

| | |
|---|---|
| Date opened | Sep 2003 |
| First reported | Jun 2008 |
| Date of status | Jun 2010 |

| | |
|---|---|
| Type | Credit card |
| Terms | Not reported |
| Monthly payment | Not reported |

| | |
|---|---|
| Credit limit or original amount | $7,500 |
| High balance | $7,843 |

| | |
|---|---|
| Recent balance | $7,602 as of Jun 2010 |

Responsibility
Individual

Status
Chapter 13 Bankruptcy Dismissed, $7,602 written off. $7,602 past due as of Jun 2010.
This account is scheduled to continue on record until Apr 2017.
Creditor's statement
"Account closed at credit grantor's request."
This item was verified and updated on May 2011.
Account History
Chapter 13 Bankruptcy Dismissed on June 10, 2010.

**Payment history legend**

| | | | |
|---|---|---|---|
| CUR | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment history**

2010
MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN

2009
MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN

2008
MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN

ACT = Account balance ($)   SPA = Scheduled payment amount ($)   ACP = Actual amount paid ($)

| | May10 | Apr10 | Mar10 | Feb10 | Jan10 | Dec09 | Nov08 | Oct09 | Sep09 | Aug09 | Jul09 | Jun09 | May09 | Apr09 | Mar09 | Feb09 | Jan09 | May08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACT | 7,602 | 7,562 | 7,562 | 7,569 | 7,419 | 68 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| SPA | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | |
| ACP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | |

Between May 2009 and May 2010, your credit limit/high balance was $7,500.

# EQUIFAX

**CREDIT FILE : May 6, 2011**

**Confirmation # 1125052381**

P. O. Box 105518
Atlanta, GA 30348

000951

000969636-961
Marina Shap
741 Chesham Turn
Southampton, PA 18966-4548

Dear Marina Shap:

Your request for Equifax to reinvestigate certain items of your credit file is now complete.

Below are your results and a report of your credit file revised, as applicable, as a result of the reinvestigation. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

**The Results Of Our Reinvestigation**

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
|  | 4 : 120-149 Days Past Due | H : Foreclosure | |

**>>> We have researched the credit account. Account # -            The results are: The high credit/credit limit on this account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: Capital One, PO Box 30281, Salt Lake City UT 84130-0281**

COMMUNITY HOME CARE

| Account Number | Name As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | High Credit | Actual Payment Amount | Date Opened | Credit Limit | Scheduled Payment Amount | Terms Duration | Date of 1st Delinquency | Terms Frequency | Date of Last Activity | Date Maj. Del. 1st Rptd | Months Revd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/2011 | $7,602 | $7,602 | 01/2010 | $0 | $0 | 09/2003 | $7,500 | $0 | Monthly | 04/2010 | Monthly | | 06/2010 | 61 | $7,602 | | | $0 | | | |

Account History    05/2010  04/2010
with Status Codes   L        1

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Chapter 13 Bankruptcy Dismissed; Charged Off Account; Account Closed By Credit Grantor; Credit Card;

1125052381APP-000969636-961  - 4607 - AS

Page 1 of 2

( Continued On Next Page )

## VERIFICATION

I, Marina Shap, Plaintiff in this action, hereby verify that the statements made in the foregoing pleading are true and correct to the best of my knowledge, information and belief.  The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

Date: 05/25/11.

**Exhibit 2**

IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA

MARINA SHAP,

        Plaintiff,

    v.

CAPITAL ONE FINANCIAL
CORPORATION AND CAPITAL ONE
BANK (USA),

        Defendants.

CIVIL ACTION

Case No. 2011-04827

## <u>NOTICE OF FILING OF THE NOTICE OF REMOVAL</u>

Please take notice that Defendants Capital One Financial Corporation and Capital One Bank (USA), N.A., improperly identified in the caption as Capital One Bank (USA) have, on July 12, 2011, through their attorneys, filed a Notice of Removal with the Clerk of the United States District Court for the Eastern District of Pennsylvania to remove the above-referenced cause, Case No. 2011-04827, from the Court of Common Pleas of Bucks County to the United States District Court for the Eastern District of Pennsylvania.

A copy of the Notice of Removal is attached hereto as Exhibit A.  This Court shall proceed no further unless and until this cause is remanded.

Dated: July 12, 2011

Respectfully submitted,

Kevin S. Batik
Pa. Id. No. 89209
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222
(412) 667-6000

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of

Filing of the Notice of Removal has been served upon the following counsel of record via U.S.

First Class mail, postage prepaid, this 12th day of July 2011:


Vicki Piontek, Esq.
951 Allentown Road
Lansdale, PA 19446