

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARINA SHAP,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION AND CAPITAL ONE BANK (USA),<br><br>Defendants. | Civil Action No. 11-cv-4461-CMR<br><br>Cynthia M. Rufe<br>United States District Judge |

## ORDER

AND NOW, this 8th day of August, 2011, upon consideration of Defendants Capital One Bank (USA), N.A. and Capital One Financial Corporation's motion for leave to file a reply brief in support of their motion to dismiss Plaintiff's complaint, it is hereby ORDERED that the motion to dismiss is GRANTED. The reply brief attached to Defendants' motion for leave to file a reply brief shall be deemed filed as of the date of this Order.

Cynthia M. Rufe